**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **HARRY CONKLIN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF SHARON W. CONKLIN, DECEASED AND CARL CONKLIN,** § § § § § | | |
| **Plaintiffs,** § § | | |
| v. § § | CIVIL ACTION NO. 4:16-cv-00390 Jury | |
| **CORINTH HEALTH CARE, LLC D/B/A CORINTH REHABILITATION SUITES ON THE PARKWAY AND THI OF TEXAS, LLC,** § § § § § | | |
| **Defendants.** § | | |

**ORDER GRANTING STIPULATION OF DISMISSAL OF ALL CLAIMS**

**ON THIS DAY CAME ON TO BE CONSIDERED** the Stipulation of Dismissal of All Claims.

Pursuant to Rule 41(a)(1)(A)(ii), the Court hereby accepts and **GRANTS** the Stipulation of Dismissal of All Claims, and all of Plaintiffs' claims against all of the Defendants herein are hereby dismissed, immediately and without prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
 **SIGNED this 13th day of April, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE